**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **R. ALEXANDER ACOSTA, SECRETARY OF LABOR** | ) | |
| **UNITED STATES DOL OF LABOR**, | ) | Civil No: |
| | ) | 3:18-CV-1030-SALM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **NATIONAL ASSOCIATION OF LETTER** | ) | |
| **CARRIERS, AFL-CIO, BRANCH 19** | ) | |
| Defendant | ) | |
| | ) | July 15, 2019 |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor (Plaintiff or the Secretary), by and through his undersigned attorneys, respectfully files his motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff respectfully requests that this Court grant summary judgment in his favor in this suit alleging violations of Title IV of the Labor-Management Reporting and Disclosure Act of 1959, as amended, 29 U.S.C. §§ 481-483, (LMRDA or the Act). Based upon the reasons articulated in the accompanying memorandum of law, Plaintiff submits that there is no genuine issue of material fact concerning the Defendant's violation of the Act, and therefore summary judgment should enter in favor of the Plaintiff as a matter of law.

Respectfully submitted,

John H. Durham
United States Attorney

/s/

Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
157 Church Street -25th Floor
New Haven, Connecticut   06510
Tel. (203) 821-3780/Fax (203) 773-5315
Email: Christine.Sciarrino@usdoj.gov
Federal No. CT3393

<u>Certification</u>

I hereby certify that on July 15, 2019, a copy of the foregoing motion was filed electronically and served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/

Christine Sciarrino
Assistant United States Attorney