IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR )<br>UNITED STATES DOL OF LABOR, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>NATIONAL ASSOCIATION OF LETTER )<br>CARRIERS, AFL-CIO, BRANCH 19 )<br>Defendant )<br> ) | Civil No:<br>3:18-CV-1030-SALM |

## STIPULATION OF SETTLEMENT AND ORDER

Plaintiff, Eugene Scalia, Secretary of Labor, United States Department of Labor ("Secretary" or "Plaintiff"), having filed his complaint and Defendant, National Association of Letter Carriers, AFL-CIO, Branch 19 ("Defendant" or the "Local Union"), having appeared by counsel and having answered, and in order to resolve this action without the necessity of further litigation, the Parties stipulate and agree as follows:

1. Plaintiff brought this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 US.C. §§ 481-483 (the "Act"), requesting a judgment declaring that the Local Union's December 20, 2017, elections for the offices of President and three Trustees is void, and directing Defendant to conduct a new election for these offices under Plaintiff's supervision, and for appropriate relief.

2. Plaintiff alleged that violations of Title IV of the Act (29 U.S.C. § 481, et seq.) had occurred and had not been remedied at the time of the institution of this action. The Local Union denies the violations alleged.

3. Plaintiff and the Local Union hereby stipulate and agree to entry of an order directing Defendant to conduct, under the Secretary's supervision, a new election ("supervised

election") for the offices of President and three trustees on or before February 1, 2020. The parties agree that the supervised election will include new nominations.

4. The supervised election shall be conducted in accordance with Title IV of the Act (29 U.S.C. § 481, et seq.) and, insofar as lawful and practicable, in accordance with the Local Union's Constitution and Bylaws.

5. All decisions as to the interpretation and application of Title IV of the Act and the Defendant's Constitution and Bylaws relating to the supervised election are to be determined by the Secretary, and his decisions shall be final and binding, subject to review by this Court at the request of any party.

6. This order is in settlement of the instant litigation and is not intended and should not be construed as an admission by the Local Union that the Local Union or any of its officers or employees or agents violated Title IV of the LMRDA.

7. The Court shall retain jurisdiction of this action, and after completion of the supervised election, in accordance with 29 U.S.C. § 482(c)(2), Plaintiff shall certify to the Court the name of the persons so elected, and that such election was conducted in accordance with Title IV of the Act, and insofar as lawful and practicable, in accordance with the provisions of the Defendant's Constitution and Bylaws.

Upon approval of such certification, the Court shall enter a Judgment declaring that such persons have been elected as shown by such certification, and further, that each party hereby agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

FOR THE PLAINTIFF:

John H. Durham
United States Attorney

Dated: 10-23-19

*/s/ Christine Sciarrino*

Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
157 Church Street -25th Floor
New Haven, Connecticut 06510
Tel. (203) 821-3780/Fax (203) 773-5315
Email: Christine.Sciarrino@usdoj.gov
Federal No. CT3393

FOR THE DEFENDANT:

Dated: 10/23/19

*/s/ Patricia A. Cofrancesco*

Patricia A. Cofrancesco
89 Kimberely Avenue
East Haven, CT 06512
Telephone (203) 467-6003
Fax: (203) 467-6004
Email: pattycofrancesco@sbcglobal.net
Federal Bar No. CT 05220

Dated: 10/23/19

*/s/ Vincent J. Mase*

Vincent J. Mase
President, National Association of Letter
Carriers, AFL-CIO, Branch 19

APPROVED AND SO ORDERED on this 23rd day of October, 2019, at New Haven, Connecticut.

/s/ Sarah A. L. Merriam, USMJ
SARAH A.L. MERRIAM
UNITED STATES MAGISTRATE JUDGE