IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, BRANCH 19,<br><br>Defendant. | Civil No.<br>3:18-CV-1030-SALM |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of the United States Department of Labor, pursuant to a Stipulated Settlement Agreement and Order entered October 23, 2019, in the United States District Court for the District of Connecticut, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, and no post-election complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Vincent J. Mase | President |
| David J. Fruin | Trustee #1 |
| Stephanie D'Aniello | Trustee #2 |
| Frank Falcone | Trustee #3 |

Signed this 27th day of January 2020.

*Brian A. Pifer*

Brian A. Pifer, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor